55 A.3d 1049

COMMONWEALTH of Pennsylvania, Respondent

v.

William Anthony REID, Petitioner.

Supreme Court of Pennsylvania.

Oct. 18, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of October, 2012, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Did the Superior Court of Pennsylvania err when it overturned the Trial Court's Order of September 8, 2010 barring the prosecution of [Petitioner] in the instant matter for a violation of Pennsylvania's Compulsory Joinder Rule [18 Pa.C.S.A. § 110(1)(ii) ]?